*Mr. James E. Murray* and *Mr. J. F. Emigh,* for Appellant.

*Mr. J. A. Poore,* for Respondents.

---

No. 4,910.—MARIE MEST, RESPONDENT, *v.* ALEXANDER McKAY, APPELLANT.

*Appeal from District Court, Madison County.*

Decided September 17, 1921.

PER CURIAM.—Pursuant to motion of appellant, the appeal herein is dismissed.

*Mr. Geo. R. Allen, Mr. Lyman H. Bennett* and *Mr. E. B. Howell,* for Appellant.

*Mr. M. M. Duncan,* for Respondent.

---

No. 4,455.—REPUBLIC COAL CO., APPELLANT, *v.* LAURA M. CARTER, TREASURER, RESPONDENT.

*Appeal from Musselshell County; Geo. P. Jones, Judge.*

Decided September 20, 1921.

PER CURIAM.—This cause coming on for hearing this day, and it appearing that no briefs have been filed, it is ordered that that certain judgment of nonsuit made by the court below on the ninth day of July, 1918, be and it is hereby affirmed at the cost of the appellant.

*Mr. Thos. J. Matthews,* for Appellant.